AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RASHELLE HENDERSON

**FILED**

**MAY 1 6 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08-320-M 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Rashelle Henderson
                                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense)

From on or about April 2006 until March 2007, in the District of Columbia, and elsewhere the defendant did, knowing conspire to transfer a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, to wit, wire fraud, in violation of Title 18, United States Code, Sections 1028(a)(7) and (f).

violation of Title  18   United States Code, Section(s) § 1028 (a)(7) and (f).

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAY 1 4 2008   District of Columbia
Date and Location

RECEIVED WARRANT SECTION 2008 MAY 15 AM 8 54

Bail fixed at $ _____   by _____
                                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 16 MAY 08 | DUSMS Robert C. Byu- | [signature] |
| DATE OF ARREST | | |
| 16 MAY 08 | | |

1491930